

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/13/2013 10:30 AM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:13-bk-05988-JAF     11 | 10/01/2013 |

Chapter 11

**DEBTOR:**     Single Employer Welfare Benefit Plan Trust

**DEBTOR ATTY:**  Scott Orth

**TRUSTEE:**    NA

**HEARING:**

1. Motion to Dismiss Filed by Roberta A Colton on behalf of Interested Party Wagner Law Group, Independent Fiduciary for the Single Employer Welfare Benefit Plan Trust and the Regional Employers Assurance League Voluntary Employees' Beneficiary Association Trust (related document(s)[1]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G # [8] Exhibit H) (Colton, Roberta) Doc #13
2. Joinder Motion to Dismiss Filed by the Wagner Law Group Filed by Jason P Mehta on behalf of Interested Party Department of Labor. (Mehta, Jason) Doc #18
3. Motion to Transfer Case to Another District Filed by Roberta A Colton on behalf of Interested Party Wagner Law Group, Independent Fiduciary for the Single Employer Welfare Benefit Plan Trust and the Regional Employers Assurance League Voluntary Employees' Beneficiary Association Trust (Colton, Roberta) Doc #12
Response to Motion to Transfer Case to Another District (filed by Petitioning Creditors) Filed by Brett A Mearkle on behalf of Petitioning Creditor John D Braddock (related document(s)[12]). (Mearkle, Brett) Doc #28
4. Joinder Motion to Transfer Venue Filed by the Wagner Law Group Filed by Jason P Mehta on behalf of Interested Party Department of Labor (related document(s)[12]). (Mehta, Jason) Doc #19{}
5. Objection to Petitioning Creditors' Request For Immediate Entry of Orders For Relief Filed by Jason P Mehta on behalf of Interested Party Department of Labor. (Attachments: # [1] Exhibit 1 # [2] Exhibit 2) (Mehta, Jason) Doc #25
Response to (Response in Opposition to) the Secretary of Labor's Objection to Creditors' Request for Immediate Entry of Orders for Relief (Filed by the Petitioning Creditors) Filed by Brett A Mearkle on behalf of Petitioning Creditor John D Braddock (related document(s)[25]). (Mearkle, Brett) Doc #30
*6. Motion to Strike Answer and Motion to Dismiss Filed by The Wagner Law Group, as Independant Fiduciary for Single Welfare Benefit Plan Trust and Regional Employers' Assurance League Voluntary Employees Beneficiary Association Trust, or in the Alternative, Petitioning Creditors' Response in Opposition to the Answer and Motion to Dismiss (filed by the Peitioning Creditors) Filed by Brett A Mearkle on behalf of Petitioning Creditor John D Braddock (related document(s)[13]). (Attachments: # [1] Exhibit A) (Mearkle, Brett) Doc #27

7. Objection to the Petitioning Creditors' Request for an Ex Parte Order for Relief Filed by Roberta A Colton on behalf of Interested Party Wagner Law Group, Independent Fiduciary for the Single Employer Welfare Benefit Plan Trust and the Regional Employers Assurance League Voluntary Employees' Beneficiary Association Trust (related document(s)23). (Attachments: # 1 Exhibit A) (Colton, Roberta) (EOD: 11/12/2013)(33)

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:** UNDER ADVISEMENT AS TO MOTION TO TRANSFER VENUE - BRIEFS/PROPOSED ORDERS DUE WITHIN 7 DAYS - OTHER MATTERS TO BE RESCHEDULED IF NEEDED

1. Motion to Dismiss Filed by Roberta A Colton on behalf of Interested Party Wagner Law Group, Independent Fiduciary for the Single Employer Welfare Benefit Plan Trust and the Regional Employers Assurance League Voluntary Employees' Beneficiary Association Trust (related document(s)[1]). (Attachments: # [1] Exhibit A # [2] Exhibit B # [3] Exhibit C # [4] Exhibit D # [5] Exhibit E # [6] Exhibit F # [7] Exhibit G # [8] Exhibit H) (Colton, Roberta) Doc #13

2. Joinder Motion to Dismiss Filed by the Wagner Law Group Filed by Jason P Mehta on behalf of Interested Party Department of Labor. (Mehta, Jason) Doc #18

3. Motion to Transfer Case to Another District Filed by Roberta A Colton on behalf of Interested Party Wagner Law Group, Independent Fiduciary for the Single Employer Welfare Benefit Plan Trust and the Regional Employers Assurance League Voluntary Employees' Beneficiary Association Trust (Colton, Roberta) Doc #12

Response to Motion to Transfer Case to Another District (filed by Petitioning Creditors) Filed by Brett A Mearkle on behalf of Petitioning Creditor John D Braddock (related document(s)[12]). (Mearkle, Brett) Doc #28

4. Joinder Motion to Transfer Venue Filed by the Wagner Law Group Filed by Jason P Mehta on behalf of Interested Party Department of Labor (related document(s)[12]). (Mehta, Jason) Doc #19{}

5. Objection to Petitioning Creditors' Request For Immediate Entry of Orders For Relief Filed by Jason P Mehta on behalf of Interested Party Department of Labor. (Attachments: # [1] Exhibit 1 # [2] Exhibit 2) (Mehta, Jason) Doc #25

Response to (Response in Opposition to) the Secretary of Labor's Objection to Creditors' Request for Immediate Entry of Orders for Relief (Filed by the Petitioning Creditors) Filed by Brett A Mearkle on behalf of Petitioning Creditor John D Braddock (related document(s)[25]). (Mearkle, Brett) Doc #30

*6. Motion to Strike Answer and Motion to Dismiss Filed by The Wagner Law Group, as Independant Fiduciary for Single Welfare Benefit Plan Trust and Regional Employers' Assurance League Voluntary Employees Beneficiary Association Trust, or in the Alternative, Petitioning Creditors' Response in Opposition to the Answer and Motion to Dismiss (filed by the Peitioning Creditors) Filed by Brett A Mearkle on behalf of Petitioning Creditor John D Braddock (related document(s)[13]). (Attachments: # [1] Exhibit A) (Mearkle, Brett) Doc #27

7. Objection to the Petitioning Creditors' Request for an Ex Parte Order for Relief Filed by Roberta A Colton on behalf of Interested Party Wagner Law Group, Independent Fiduciary for the Single Employer Welfare Benefit Plan Trust and the Regional Employers Assurance League Voluntary Employees' Beneficiary Association Trust (related document(s)23). (Attachments: # 1 Exhibit A) (Colton, Roberta) (EOD: 11/12/2013)(33)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.